**Form 905BNC**  (Revised 04/24/2014)

**United States Bankruptcy Court**
**District of South Carolina**

Case Number:  10–04126–jw                          Chapter:  13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address)*

Michael Fields
194 Cochran Street
Yemassee, SC 29945

SSN: xxx–xx–5137

<table>
<tr>
<td>

**NOTICE OF REQUIREMENT TO FILE
CERTIFICATION OF COMPLETION
OF INSTRUCTIONAL COURSE CONCERNING
PERSONAL FINANCIAL MANAGEMENT
(Official Form 23)**

</td>
<td>

**Filed By The Court**
**5/4/15**
Laura A. Austin
Clerk of Court
US Bankruptcy Court

</td>
</tr>
</table>

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management in order to receive a discharge under chapter 13 (11 U.S.C. § 1328). Pursuant to the local rules of this Court, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 23) as described in 11 U.S.C. § 111.

Debtor(s) and/or debtor(s)' attorney is/are hereby notified that the debtor(s) must file Official Form 23 within 10 days after the date of this notice. Failure to file the certification may result in the case being closed without an entry of discharge.

Dated: May 4, 2015                          Laura A. Austin, Clerk
Columbia, SC

Document 16                                 By: Admin
                                            Deputy Clerk

United States Bankruptcy Court
District of South Carolina

In re:                                                              Case No. 10-04126-jw
Michael Fields                                                      Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0420-2          User: admin          Page 1 of 1          Date Rcvd: May 04, 2015
                             Form ID: 905BNC       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2015.
db           +Michael Fields,    194 Cochran Street,    Yemassee, SC 29945-2517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2015                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2015 at the address(es) listed below:
          James M. Wyman    nobles@charleston13.com,
           wyman@charleston13.com;lamontagne@charleston13.com;renno@charleston13.com;d_nobles@bellsouth.net
          Michael Glen Matthews    on behalf of Debtor Michael  Fields matthews.michaelg@gmail.com,
           durhamjen.l@gmail.com
          US  Trustee's Office    USTPRegion04.CO.ECF@usdoj.gov
                                                                                  TOTAL: 3